182 So. 89

## Ben POOLE v. STATE.

### 8 Div, 912.

Supreme Court of Alabama.

June 9, 1938.

S. A. Lynne, of Decatur, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

KNIGHT, Justice.

This cause is before this court on petition of Ben Poole for writ of certiorari to the Court of Appeals, to review and revise the opinion and judgment of that court in the case of Ben Poole v. State of Alabama, 182 So. 86.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.